ANN HODES, PLAINTIFF-RESPONDENT, v. JOSEPH
DUNSKY, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 15 *N. J. Super.* 27.

*Messrs. Harkavy & Lieb* for the petitioner.

*Mr. Harry T. Davimos* for the respondent.

November 5, 1951.  Denied.